IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | Cause No. 1:08CR 58 CAS |
| | ) | |
| | ) | |
| v. | ) | |
| RUSSELL MCBRIDE, | ) | |
| Defendant | ) | |

**MOTION TO WITHDRAW**

    COMES NOW Counsel, at the request of the Defendant, and hereby moves the Court to allow Counsel to withdraw as the attorney of record for the Defendant.  In support of this motion, Counsel hereby states the following:

1. On May 20, 2009, Defendant spoke with counsel and indicated that he is terminating counsel's representation.  Further, counsel was ordered to promptly file a motion to withdraw.

2. Defendant indicated he will seek new counsel either privately or through the Federal Public Defender's office.

    WHEREFORE, Counsel hereby requests that the Court allow him to withdraw as the attorney of record.

Respectfully submitted,

/s/Theodore Liszewski
Theodore Liszewski, Mo Bar No. 56400
Attorney for Defendant
215 North High Street
Jackson, MO  63755
573-243-3949
573-243-1613

**Certificate of Service**

I certify that a true copy of the above and foregoing was personally served to all parties via the CM/ECF electronic filing system.

/s/Theodore Liszewski
Theodore Liszewski
